eral Term, Fifth Department. December 28, 1895.) Action by the Fall Brook Coal Company against Robert C. Hewson. No opinion. Judgment and order affirmed. BRADLEY, J., not voting.

---

FARRELL, Respondent, v. HAEGER, Appellant. FLIEGMAN, Respondent, v. MENDEL, Appellant. (Common Pleas of New York City and County, Additional General Term. December 27, 1895.) Actions by William A. Farrell against Anna C. Haeger, and by Sigmund Fliegman against Samuel Mendel. Jacob Fromme, for appellant Haeger. Mashbir & Cukor, for appellant Mendel. James C. De La Mare, for respondent Farrell. Morris H. Gotlieb. for respondent Fliegman.

PER CURIAM. The appeal in these cases brings up for review questions of fact only. The judgment in both cases seems to be supported by evidence, and, although the evidence was contradicted by the respective defendants, it was peculiarly the province of the court having the witnesses before it to determine the credibility of the witnesses and the weight to be given to their testimony. The judgment in each case should be affirmed, with costs to respondent.

---

FARRELL, Respondent, v. MANHATTAN RY. Co. et al., Appellants. (Supreme Court, General Term, First Department. December 18, 1895.) Action by Edward D. Farrell against Manhattan Railway Company and others. E. A. Tuttle, for appellants. L. C. Dessar,. for respondent. No opinion. Judgment modified by reducing the fee damage to $6,500 and the allowance to $400, and, as modified, affirmed, without costs.

---

FIRST NAT. BANK OF BALLSTON SPA v. CAROLINA OIL & CREOSOTE CO. et al. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by the First National Bank of Ballston Spa against the Carolina Oil & Creosote Company and others. ' No opinion. Judgment affirmed with costs.

---

FIRST NAT. BANK OF PATERSON, Appellant, v. TUTTLE, Respondent. (Superior Court of New York City, General Term. December 18, 1895.) Action by First National Bank of Paterson, N. J., against Seth M. Tuttle, alleged substituted trustee, impleaded. Preston Stevenson, for appellant. Wells, Waldo & Snedeker (G. E. Waldo, of ·counsel), for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.

---

FIRST NAT. BANK OF PERRY, Respondent, v. PERRY SALT CO. et al., Appellants. (Supreme Court, General Term, Fifth Department. December 28, 1895.) Action by the First National Bank of Perry against Perry Salt Company and Joseph C. Cole, as receiver. No opinion. Judgment affirmed, with costs.

---

FOSTER, Respondent, v. HOOKER et al., Appellants. (Superior Court of New York City, General Term. December 23, 1895.) Action by Daniel Foster against Walter W. Hooker. Abram F. Servin, for appellants. Abram Kling, for respondent.

PER CURIAM. The order should be affirmed, with $10 costs and disbursements.

---

FOX v. DE GRAAF. (Supreme Court, General Term, Second Department. December 2, 1895.) Action by Margaret Fox against Mary P. De Graaf. Albert R. Genet, for appellant. John Gibney, for respondent.

DYKMAN, J. This is an appeal by the defendant from a judgment in favor of the plaintiff entered upon the report of a referee. The action was brought to recover for the board of Robert De Graaf under the contract with the defendant's testator. The agreement was established, and the report is sustained by proof, and no question of law is involved. Judgment should be affirmed, with costs.

---

In re GOWDY. (Supreme Court, General Term, Second Department. December 2, 1895.) In the matter of Gowdy. No opinion. The court finds the respondent guilty of misconduct and deceit, and suspends him from practice for the term of one year from the date of this decision; the fees of the referee to be paid by the county treasurer of Rockland county out of any money in his hands applicable to the expenses of the courts. All concur.

---

GREGG, Respondent, v. GRANGER & GREGG BREWING CO., Appellant. (Supreme Court, General Term, Third Department. December 3, 1895.) Action by Henry L. Gregg against Granger & Gregg Brewing Company. No opinion. Order affirmed, with costs and disbursements.

---

GROSS, Appellant, v. MOORE et al., Respondents. (Supreme Court, General Term, First Department. December 18, 1895.) Action by John L. Gross against William L. Moore and another. C. Brainerd, for appellant. H. Kettell, for respondents.

PER CURIAM. We do not understand the practice which has been pursued in the case at bar. There is nothing in the record to indicate the character of the action, as it commences, after the formal statement, with a so-called "interlocutory decree," and it also contains another interlocutory decree appointing a referee. The referee reported, and a motion was made to confirm the report, and from the order thereupon entered the appeal was taken. It seems to us that the proper practice would have been at least to have printed the judgment roll, and, upon the coming in of the referee's report, to have entered a final judgment, and to appeal from such final judgment. There is nothing in the Code which authorizes the practice which has been pursued in the case at bar. The appeal should be dismissed.

---

GUARINO et al., Respondents, v. WHITE et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 14, 1896.) Action by Sabino Guarino and another against Webster White and another. No opin-

ion. Order affirmed, with $10 costs and disbursements. All concur, except BARTLETT, J., not sitting.